In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00218-CV
_____


JANENE RENEE RANDALL, Appellant

V.

CHRISTOPHER M. RANDALL, Appellee

On Appeal from the County Court at Law No. 3
Montgomery County, Texas
Trial Cause No. 13-04-04378 CV

**MEMORANDUM OPINION**

On June 10, 2014, we notified the parties that the appeal would be dismissed for want of prosecution unless arrangements were made for filing the record or the appellant explained why additional time was needed to file the record. On June 23, 2014, we notified the parties that the appeal would be dismissed unless the appellant remitted the filing fee for the appeal. Appellant did not respond to this Court's notices.

Appellant did not file an affidavit of indigence on appeal and has not shown that she is entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1. There being no satisfactory explanation for the failure to pay the filing fee for the appeal, and there being no satisfactory explanation for the failure to file the clerk's record, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b); Tex. R. App. P. 42.3.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on September 3, 2014
Opinion Delivered September 4, 2014

Before McKeithen, C.J., Kreger and Johnson, JJ.